NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA QUEUE, LLC,**
*Plaintiff-Appellant,*

v.

**NETFLIX, INC.,**
*Defendant-Cross Appellant,*

**and**

**BLOCKBUSTER, INC.,**
*Defendant-Appellee,*

**and**

**GREENCINE HOLDINGS, LLC,**
*Defendant.*

---

2010-1199, -1344

---

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1027, Judge Susan Illston.

---

**ON MOTION**

---

**ORDER**

Netflix, Inc. moves to sever the two above-captioned appeals, to revise the briefing schedule, and to reform the official caption. Media Queue, LLC opposes. Netflix replies. Netflix and Blockbuster, Inc. move for an extension of time to file their briefs. Media Queue opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. Netflix's brief and Blockbuster's brief are due within 14 days of the date of filing of this order.

(2) The remaining motions are denied.

FOR THE COURT

**JUN 1 7 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. Newton, Esq.
    Scott W. Breedlove, Esq.
    Michael A. Jacobs, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 7 2010

JAN HORBALY
CLERK